UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MARCAVAGE,
et al.,

        Plaintiffs,

vs.

THE CITY OF DETROIT, et al.,

        Defendants.
_____/

Case No. 06-CV-15176

HON. GEORGE CARAM STEEH

## ORDER GRANTING PLAINTIFFS' MOTION FOR
## LEAVE TO FILE AMENDED COMPLAINT

This matter came before the court on plaintiffs Michael Marcavage, Cal Zastrow, Michael Mattia, Chris Coatney and Mark Gabriel's motion for leave to file amended complaint. Plaintiffs' original complaint was filed November 20, 2006, and answers have been filed by the named defendants. Federal Rule of Civil Procedure 15(a) permits a party to file an amendment by leave of court, which shall be given when justice so requires. In this case, the amendment seeks to substitute the real parties for defendants Doe 1 and Doe 2. In addition, plaintiff seeks to remove Sergeant Falk as a defendant, and to add a claim for Freedom of Assembly.

Defendants have not filed a response to plaintiffs' motion for leave to amend complaint, which was due on November 15, 2007. The Court finds that justice requires plaintiffs' motion for leave to amend be granted in this case. Now, therefore,

Plaintiffs shall file their amended complaint with this Court, to be served upon defendants, forthwith.

IT IS HEREBY ORDERED that plaintiffs be permitted to file their amended

complaint pursuant to Fed. R. Civ. P. 15(a).


Dated: January 4, 2008

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 4, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---